# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM KRAUSE, JR.,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:16-0440** |
| **v.** | : | **(JUDGE MANNION)** |
| **CAROLYN W. COLVIN,**<br>**Commissioner of Social Security,** | : | |
| | : | |
| **Defendant** | : | |

## MEMORANDUM

Pending before the court is the report of Judge Susan E. Schwab, which recommends that the Commissioner's motion for change of venue pursuant to 28 U.S.C. §1406(a) be granted and that the matter be transferred to the United States District Court for the District of Maryland. (Doc. 9). As of this date, no objections have been filed to Judge Schwab's report.

Where no objection is made to a report and recommendation, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed.R.Civ.P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.,* 702 F.Supp.2d 465, 469 (2010) (citing *Henderson v. Carlson,* 812 F.2d 874, 878 (3d Cir. 1987) (explaining judges should give some review to every Report and Recommendation)). Nevertheless, whether timely objections are made or not, the district court may accept, not accept or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. §636(b)(1); Local Rule 72.31.

The court has reviewed the reasons presented by Judge Schwab for recommending that the Commissioner's motion for change of venue be granted and the matter transferred to the District of Maryland. Because the court agrees with the sound reasoning that led Judge Schwab to the conclusions in her report and finds no clear error on the face of the record, the court will adopt the report in its entirety. An appropriate order shall issue.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  July 11, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0440-01.wpd