## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM KRAUSE, JR.,** | : |
| Plaintiff | : CIVIL ACTION NO. 3:16-0440 |
| v. | : (JUDGE MANNION) |
| **CAROLYN W. COLVIN,** **Commissioner of Social Security,** | : |
| Defendant | : |
| | : |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Schwab, **(Doc. 9)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the instant action is **TRANSFERRED** to the United States District Court for the District of Maryland pursuant to 28 U.S.C. §1406(a); and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  July 11, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0440-01-ORDER.wpd